

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-112-CV

| | |
|---|---|
| SERVICE EMPLOYMENT REDEVELOPMENT (SER) | APPELLANT |

V.

| | |
|---|---|
| FORT WORTH INDEPENDENT SCHOOL DISTRICT | APPELLEE |

----------

### FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion for Voluntary Dismissal of Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: CAYCE, C.J.; LIVINGSTON and WALKER, JJ.

DELIVERED: July 23, 2009

---

[1] *See* Tex. R. App. P. 47.4.